# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER O'CONNOR, et al., ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | CIVIL NO. 2:14-cv-192-NT |
| ) | |
| OAKHURST DAIRY, et al., ) | |
| ) | |
| DEFENDANTS ) | |

## **JUDGMENT**

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge, issued on March 25, 2016 by U.S. Chief District Judge Nancy Torresen and also in accordance with the Order grating in part the Motion to Dismiss, issued on June 3, 2016 by U.S. Chief District Judge Nancy Torresen, all counts of the Second Amended Complaint are hereby dismissed. Judgment of Dismissal is hereby entered as to Defendants Oakhurst Dairy and Dairy Farmers of America, Inc.

Christa K. Berry
Clerk of Court

By:

/s/ Melody Whitten
Melody Whitten
Deputy Clerk

Dated: June 3, 2016