# United States Court of Appeals
## For the First Circuit

_____

No. 16-1901

KEVIN O'CONNOR; CHRISTOPHER O'CONNOR; JAMES ADAM COX; MICHAEL FRASER; ROBERT MCNALLY,

Plaintiffs, Appellants,

v.

OAKHURST DAIRY; DAIRY FARMERS OF AMERICA, INC.,

Defendants, Appellees.
_____

**JUDGMENT**

Entered: March 13, 2017

    This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Hon. Nancy Torresen
Christa Berry, Clerk, United States District Court for the District of Maine
Jeffrey Neil Young
David G Webbert
Carol J. Garvan
Danielle Yvonne Vanderzanden
Patrick F. Hulla
David L. Schenberg