# United States Court of Appeals
## For the First Circuit

No. 16-1901

KEVIN O'CONNOR, on behalf of himself and all others similarly situated; CHRISTOPHER O'CONNOR, on behalf of himself and all others similarly situated; JAMES ADAM COX, on behalf of himself and all others similarly situated; MICHAEL FRASER, on behalf of himself and all others similarly situated; ROBERT MCNALLY, on behalf of himself and all others similarly situated

Plaintiffs - Appellants

v.

OAKHURST DAIRY; DAIRY FARMERS OF AMERICA, INC.

Defendants - Appellees

**MANDATE**

Entered: April 4, 2017

In accordance with the judgment of March 13, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Carol J. Garvan
Patrick F. Hulla
David L. Schenberg
Danielle Yvonne Vanderzanden
David G Webbert
Jeffrey Neil Young