United States District Court
District Of Maine

Christopher O'Connor, *et al.*                    )
                                                  )
                              Plaintiffs,          )
                                                  )
              v.                                   )    Civil Action No. 2:14-00192-NT
                                                  )
Oakhurst Dairy, *et al.*                          )
                                                  )
                              Defendants.          )

**Joint Follow-Up Status Report**

In accordance with the Court's January 18, 2019 e-notice setting the deadline of January 28, 2019 to file a Follow-up Status Report, the Parties submit the following Status Report.

1.     Since the Parties' filing of the Joint Status Report on January 17, 2019 (ECF #225), settlement checks have been received or mailed to four of the six remaining class members identified on the December 13, 2018 Uncashed Checks Report of KCC, the settlement administrator. In addition, KCC has confirmed that it will mail re-issued checks to the remaining two class members on Thursday January 31, 2019.

3.     Plaintiffs' counsel's office has spoken with each of the remaining six class members and based on those communications expects that all six class members will promptly negotiate their re-issued settlement checks, leaving $0.00 allocated to the Settlement Class members remaining in the Global Settlement Fund. If any settlement checks are unexpectedly not negotiated by March 4,

2019, KCC will forward all funds allocated to those settlement checks as provided in the Settlement Agreement and Release (ECF No. 208-1).

Date: January 28, 2019

Respectfully submitted,

/s/ David G. Webbert
Jeffrey Neil Young
David G. Webbert
Carol J. Garvan
Johnson, Webbert & Young, LLP
160 Capitol St., Suite 3
Augusta, ME 04332
Tel: (207) 623-5110
jyoung@johnsonwebbert.com
dwebbert@johnsonwebbert.com
cgarvan@johnsonwebbert.com

*Attorneys for Plaintiffs*

/s/ Frederick B. Finberg
Frederick B. Finberg, Esq.
The Bennett Law Firm, P.A.
121 Middle Street, Suite 300
Portland, ME  04101
(207) 773-4775
rfinberg@thebennettlawfirm.com

Patrick F. Hulla *(pro hac vice)*
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816.471.1301
Facsimile: 816.471.1303
pat.hulla@ogletreedeakins.com

and

Danielle Y. Vanderzanden, #9757
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
One Boston Place, Suite 3220
Boston, MA 02108
Telephone: 617.994.5700
Fax: 617.994.5701
dani.vanderzanden@ogletreedeakins.com

*Attorneys for Defendants*

2

## Certificate of Service

I hereby certify that on January 28, 2019 I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ David G. Webbert
David G. Webbert